```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      CRIMINAL ACTION
                              :
                              :
          v.                  :
                              :
                              :      NO. 16-130-01
CHARLES HALLINAN              :
```

**O R D E R**

**AND NOW**, this **25th** day of **April, 2018,** it is **ORDERED** that a telephone conference is scheduled for **Thursday, April 26, 2018 at 12:00 p.m.,** before the Honorable Eduardo C. Robreno.

Government counsel shall initiate the telephone conference and call Chambers at **(215) 597-4073** when all parties are on the line.

**ATTEST:**                                or      BY THE COURT

**BY: s/Ronald Vance**
    **Deputy Clerk**                               EDUARDO C. ROBRENO, J.