IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: May 7, 2018 |
| vs. | : | |
| | : | |
| CHARLES M. HALLINAN | : | Criminal No. 16-130-01 |
| NORTH SPRING MILL ROAD | | |
| VILLANOVA, PA 19085 | | |

**\*\*\*PLEASE NOTE - NEW DATE**

      **TAKE NOTICE** that the above-entitled case has been set for **SENTENCING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **July 6, 2018** at **9:00 a.m**. before the Honorable Eduardo C. Robreno in Courtroom 15-A, 15th Floor.

      **COUNSEL SHALL SUBMIT A SENTENCING MEMORANDUM TO THE COURT FIVE (5) BUSINESS DAYS PRIOR TO THE HEARING.**

      **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

      If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

      Very truly yours,

      s/ Ronald Vance
      Ronald Vance
      Deputy Clerk to Judge Robreno

**[]  INTERPRETER REQUIRED**
**[X]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM** - June 5, 2018

      Notice to:
      Defendant (mailed)
      E. Jacobs, Defense Counsel (via e-mail)
      M. Dubnoff, A.U.S.A. (via e-mail)
      U.S. Marshal (via e-mail)
      Probation Office (via e-mail)
      Pretrial Services (via e-mail)
      Larry Bowman (via e-mail)