IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 16-130-01 |
| v. | : | |
| | : | |
| CHARLES M. HALLINAN | : | |

### O R D E R

**AND NOW**, this **10th** day of **May, 2018,** upon consideration of Defendant Charles M. Hallinan's Motion to Stay Any Further Review by the Government of Materials Seized on March 28, 2018 (ECF No. 459), and the Government's response thereto (ECF No. 460), it is hereby **ORDERED** that Defendant Hallinan's request for a stay is **DENIED** and the review should proceed in accordance with the Court's Order dated May 1, 2018 (ECF No. 441).[1]

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] The Court will take under advisement the other matters raised in Defendant Hallinan's instant motion, including those matters not previously addressed which were raised in Defendant Hallinan's Motion for the Return of Property (ECF No. 422).