```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        :    CRIMINAL ACTION
                                :    NO. 16-130-01
          v.                    :
                                :
CHARLES M. HALLINAN             :
```

## <u>O R D E R</u>

**AND NOW,** this **11th** day of **July, 2018,** upon consideration of Defendant Charles M. Hallinan's Emergency Motion for Bail Pending Appeal (ECF No. 510), and in order to afford the parties an opportunity to brief the issues and to safeguard Defendant Charles M. Hallinan's due process and Eighth Amendment rights and the Government's interest in enforcing the sentence, it is hereby **ORDERED** as follows:

    1.   The reporting date for Defendant Charles M. Hallinan to report to an institution designated by the Board of Prisons is **EXTENDED** to **July 30, 2018.**

    2.   The Government shall file a response to Defendant Charles M. Hallinan's Emergency Motion for Bail Pending Appeal (ECF No. 510) by **July 18, 2018 at 5:00 p.m.** (with citations to the record.)

    3.   A hearing on Defendant Charles M. Hallinan's Emergency Motion for Bail Pending Appeal (ECF No. 510) will be

held on **July 23, 2018 at 9:00 a.m.** in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

<u>**/s/ Eduardo C. Robreno**</u>
**EDUARDO C. ROBRENO,    J.**