IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: July 17, 2018 |
| vs. | : | |
| | : | |
| CHARLES M. HALLINAN | : | Criminal No. 16-130-01 |
| NORTH SPRING MILL ROAD | | |
| VILLANOVA, PA 19085 | | |

      **TAKE NOTICE** that the above-entitled case has been set for **Hearing on Motion for Bail** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **July 23, 2018** at **9:00 a.m**. before the Honorable Eduardo C. Robreno in Courtroom 15-A, 15th Floor.

      **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

      If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

      Very truly yours,

      s/ Ronald Vance
      Ronald Vance
      Deputy Clerk to Judge Robreno

**[ ] INTERPRETER REQUIRED**
**[ ] THIS PROCEEDING HAS BEEN RESCHEDULED FROM**

      Notice to:
      Defendant (mailed)
      Edwin Jacobs, Defense Counsel (via e-mail)
      Mark Dubnoff, A.U.S.A. (via e-mail)
      U.S. Marshal (via e-mail)
      Probation Office (via e-mail)
      Pretrial Services (via e-mail)
      Larry Bowman (via e-mail)

Cr 4 (rev. 8/98)