IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 16-130-01 |
| v. | : | |
| | : | |
| CHARLES M. HALLINAN | : | |

## O R D E R

**AND NOW**, this **25th** day of **July, 2018,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant Charles M. Hallinan's Emergency Motion for Bail Pending Appeal (ECF No. 510) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Charles M. Hallinan shall report to an institution designated by the United States Bureau of Prisons by **July 30, 2018** at **2:00 p.m.**[1]

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] The Defendant's request at the conclusion of the hearing for an extension of the reporting time is **DENIED**.