## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

CHARLES M. HALLINAN

Honorable Eduardo C. Robreno

2:16-cr-00130-ER

### DEFENDANT'S MOTION FOR THE RETURN OF BAIL PROCEEDS

Defendant Charles M. Hallinan, by and through his undersigned counsel, hereby moves before the Court for the return of $100,000.00 posted as bail following sentencing in this matter.  In support thereof, the movant avers as follows:

1.  On July 6, 2018, defendant Hallinan appeared before the Court for sentencing.

2.  On that same date, defendant Hallinan was ordered released pending the execution of his sentence and was to report to the institution designated by the Bureau of Prisons by no later than 2:00 pm on July 17, 2018.  (ECF 507).

3.  Defendant Hallinan's bail pending execution of his sentence was set at $1,000,000.00 with 10% cash permissible, which was to be deposited with the Clerk of Court on or before July 10, 2018 by 4:00 pm (ECF 507).

4.  On July 10, 2018 and before 4:00 pm, Defendant Hallinan deposited a certified check with the Clerk of Court in the amount of $100,000.00 in compliance with the Court's Order.

1

5.  On July 11, 2018, the Court extended Defendant Hallinan's report date to July 30, 2018 following the filing of an emergency Motion for Bail Pending Appeal. (ECF 511).

6.  Thereafter, Defendant Hallinan was designated by the Bureau of Prison to FCI Butner in North Carolina, in light of his medical issues.

7.  On July 25, 2018, the Court denied Defendant Hallinan's Motion for Bail Pending Appeal.  The Court further ordered that Defendant Hallinan report for sentencing by July 30, 2018 by 2:00 pm.  (ECF 522).

8.  On July 30, 2018, defendant Hallinan reported to FCI Butner in North Carolina where he remains to serve out his sentence in this matter.

WHEREFORE, defendant Charles M. Hallinan now respectfully requests the Court to grant this motion and return the $100,000.00 posted as bail pending execution of his sentence on July 10, 2018.

Dated:  8/6/2018

**JACOBS & BARBONE, P.A.**

By:   **/s/ Edwin J. Jacobs, Jr.**
Edwin J. Jacobs, Jr.
Jacobs & Barbone, P.A.
1125 Pacific Avenue
Atlantic City, NJ 08401
(609) 348-1125 (phone)
(609) 348-3774 (fax)

-and-

**KATTEN MUCHIN ROSENMAN, LLP**

Michael Rosensaft
575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800 (phone)
(212) 940-8776 (fax)

**STRADLEY RONON STEVENS & YOUNG, LLP**

Andrew K. Stutzman
2005 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 564-8000 (phone)
(215) 564-8120 (fax)

*Attorneys for Defendant Charles M. Hallinan*