**DUANE MORRIS** LLP
By:     Michael M. Mustokoff
        Brett M. Feldman
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: +1 215 979 1000
Fax: +1 215 979 1020
*Attorneys for Rhea Hallinan*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:16-cr-00130-ER |
| v. | **NOTICE OF APPEARANCE** |
| Charles Hallinan, et al., | |
| Defendant. | |

**TO**: The clerk and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Ancillary Petitioner Rhea Hallinan.

/s/ Michael M. Mustokoff

DUANE MORRIS LLP

Michael M. Mustokoff (15674)
Brett M. Feldman (322477)
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: +1 215 979 1000
Fax: +1 215 979 1020

*Attorneys for Rhea Hallinan*

Dated: August 9, 2018

DM1\8929544.1

2

## **CERTIFICATE OF SERVICE**

I, Michael M. Mustokoff, hereby certify that on this 9th day of August, 2018, that a copy of the foregoing document was served on the clerk and counsel of record via the Court's CM/ECF system.

*/s/ Michael M. Mustokoff*

2

DM1\8929544.1