**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Criminal Case No. 16-130-01 |
| CHARLES M. HALLINAN, : | |
| : | (Case No. 2:16-cr-00130-ER) |
| Defendant. : | |
| _____ : | |
| : | |
| EXPERIAN HOLDINGS, INC., : | |
| : | |
| Third Party Petitioner. : | |
| / | |

**NOTICE OF FILING PERJURY STATEMENT RELATED TO APPLICATION FOR PRO HAC VICE ADMISSION OF CHRISTOPHER R.J. PACE [D.E. 746]**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the Application for Pro Hac Vice Admission, filed with the Court on April 6, 2020 [D.E. 746] is true and correct to the best of my knowledge, information, and belief.

*Rebekah Byers Kcehowski*
Rebekah Byers Kcehowski

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the Application for Pro Hac Vice Admission, filed with the Court on April 6, 2020 [D.E. 746] is true and correct to the best of my knowledge, information, and belief.

_____
Christopher R. Pace

Date: April 7, 2020              Respectfully submitted,

*/s/ Rebekah Byers Kcehowski*
Rebekah Byers Kcehowski
Email: rbkcehowski@jonesday.com
**JONES DAY**
500 Grant Street
Suite 4500
Pittsburgh, PA  15219
Telephone:     (412) 391-3939
Facsimile:     (412) 394-7959

Christopher R.J. Pace (*pro hac* pending)
Email: crjpace@jonesday.com
**JONES DAY**
600 Brickell Avenue
Suite 3300
Miami, FL  33131
Telephone:     (305) 714-9700
Facsimile:     (305) 714-9799

*Attorneys for Third Party Petitioner Experian Holdings, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2020, I directed that the following be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record for the parties.

*/s/ Rebekah Byers Kcehowski*
Rebekah Byers Kcehowski