**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **VS.** | : | |
| | : | **NO: 16-130-01 & 02** |
| **CHARLES M. HALLINAN** | : | |
| **and  WHEELER K. NEFF** | : | |

## ORDER

    **AND NOW**, on this **25th** day of **June**, **2020**, it is hereby **ORDERED** that the hearing previously scheduled for August 21, 2020, as to the petitions filed by Carol Neff and Carolyn Hallinan is **RESCHEDULED** for **August 19, 2020 at 1:00 p.m**. in Courtroom 13B[1], U.S. Courthouse, 601 Market Street, Philadelphia, PA.

**IT IS SO ORDERED.**

                **s/Eduardo C. Robreno**   _
                **EDUARDO C. ROBRENO, J.**

---

[1] Please note the change in Courtroom location.