**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 16-130-01 |
| v. | : | |
| | : | |
| CHARLES M. HALLINAN | : | |

**O R D E R**

**AND NOW**, this **19th** day of **August, 2020,** upon consideration of the letter submitted by counsel for Petitioner Linda Hallinan, it is hereby **ORDERED** that:

    a.   Petitioner shall file her final brief on her third-party ancillary petition regarding the $2 million Whetstone Partners note by **September 10, 2020;**

    b.   the government shall file its reply brief by **September 24, 2020;** and

    c.   Petitioner may file a sur-reply brief by **October 8, 2020,** if necessary.

    **AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

1