IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Criminal No. 16-130-01 |
| **CHARLES M. HALLINAN** | : | |

**O R D E R**

AND NOW, this  26th  day of January, 2021, it is hereby ORDERED that the Government's Ex Parte Motion to Restrain Property Subject to Forfeiture (ECF. No. 808) and corresponding Motion to Impound (ECF No. 809), and the Order to Restrain Property Subject to Forfeiture (ECF No. 810), are hereby UNSEALED, and it is further

ORDERED that Exhibit A to the Government's Ex Parte Motion to Restrain Property Subject to Forfeiture (ECF No. 809) shall be redacted as follows, prior to being unsealed: (1) in paragraph 8, line 5, the first name, middle initial and last name, appearing after "check memo entry…"; (2) in paragraph 11, lines 1 and 2, the first name, middle initial and last name appearing after "check memo entry is…", and the account number except for the last four digits that appears after "Bank of New York…".

BY THE COURT:

/s/ *Eduardo C. Robreno*
HONORABLE EDUARDO C. ROBRENO
*Judge, United States District Court*