IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 16-130-01 |
| v. | : | |
| | : | |
| CHARLES M. HALLINAN | : | |

**O R D E R**

**AND NOW**, this **22nd** day of **February, 2021,** upon consideration of Linda Hallinan's ancillary petition regarding the forfeiture of the $2 million Whetstone Note (ECF No. 599) and the various responses thereto, and after a February 26, 2020 hearing, it is hereby **ORDERED** that the petition is **DENIED** for the reasons stated in the accompanying memorandum.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**