OFFICE OF THE CLERK



| | | |
|---|---|---|
| **PATRICIA S. DODSZUWEIT** | U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small> | TELEPHONE |
| | FOR THE THIRD CIRCUIT | 215-597-2995 |
| **CLERK** | 21400 UNITED STATES COURTHOUSE | |
| | 601 MARKET STREET | |
| | PHILADELPHIA, PA 19106-1790 | |
| | Website: www.ca3.uscourts.gov | |

February 26, 2021

Joseph G. Poluka, Esq.
Blank Rome
130 North 18th Street
One Logan Square
Philadelphia, PA 19103

Lance Rogers, Esq.
Rogers Castor
26 East Athens Avenue
Ardmore, PA 19003

Jed Silversmith, Esq.
Blank Rome
130 North 18th Street
One Logan Square
Philadelphia, PA 19103

RE: USA v. Charles Hallinan
Case Number: 21-1362
District Court Case Number: 2-16-cr-00130-001

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System.** <u>See</u> **3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed please find case opening information regarding the above-captioned appeal by **Linda B. Hallinan** docketed at No. **21-1362**. All inquiries should be directed to your Case Manager in

writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Counsel for Appellant**

Counsel is required to continue on appeal unless relieved by order of this Court. 3rd Cir. LAR Misc. 109.1.

As Counsel for Appellant(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Criminal Appeal Information Statement; and
4. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** from the date of this letter.

**Counsel for Appellee**
As Counsel for Appellee(s), you must file:
1. Appearance Form
This form must be filed within **fourteen (14) days** from the date of this letter.

Failure of counsel to comply with any of these requirements by the deadline may result in the imposition of sanctions by the Court. 3rd Cir. LAR Misc. 107.2.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review this caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Stephanie/AMR
Case Manager
267-299-4926

Cc: Lauren R. Baer, Esq.
Joshua M. Baker, Esq.
Maria M. Carrillo, Esq.
Mark B. Dubnoff, Esq.
Sarah L. Grieb, Esq.
Edwin J. Jacobs Jr., Esq.
Louis D. Lappen, Esq.
Michael M. Rosensaft, Esq.
Gary S. Silver, Esq.
Andrew K. Stutzman, Esq.
Roma W. Theus II, Esq.
Peter F. Vaira, Esq.
Robert A. Zauzmer, Esq.