IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 16-130-all |
| v. | : | |
| | : | |
| CHARLES M. HALLINAN, et al | : | |

### O R D E R

**AND NOW,** this **12th** day of **March, 2021,** it is hereby **ORDERED** that Linda Hallinan shall respond to the government's motion to dismiss her second ancillary petition (ECF No. 825) **by March 19, 2021.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**